UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANNY EMMANUEL THOMAS, JR.,

               Plaintiff,

    -against-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION; YVETTE
VILLANUEVA,

               Defendants.

25-CV-10020 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but it is blank and unsigned. He attaches to his application a document in which he asserts that imposition of the filing fees is unlawful. Plaintiff's assertion is incorrect. The imposition of filing fees has been upheld by the United States Supreme Court. *See, e.g.*, *Ortwein v. Schwab*, 410 U.S. 656, 656 (1973).

Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 25-CV-10020 (LTS). Plaintiff must answer all applicable questions and provide facts to establish that he is unable to pay the filing fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    December 19, 2025
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2