UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANNY EMMANUEL THOMAS, JR.,

                            Plaintiff,

            -against-                                  25-CV-10020 (LTS)

NEW YORK CITY HEALTH AND                         ORDER OF DISMISSAL
HOSPITALS CORPORATION; YVETTE
VILLANUEVA,

                            Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        By order dated December 19, 2025, the Court directed Plaintiff, within thirty days, to

submit an amended request to proceed *in forma pauperis* ("IFP") or pay the $405.00 in fees

required to file a civil action in this court. That order specified that failure to comply would

result in dismissal of the complaint. Plaintiff has not filed an amended IFP application or paid the

fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

        The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    February 20, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge